### TURNER ET AL. *v.* HORTON.

From the Jackson Circuit Court.

*R. M. Patrick, W. W. Herod,* and *F. Winter,* for appellants.
*E. C. Devore,* for appellee.

Downey, J.—There is no assignment of errors in this case. The appeal is dismissed, at the costs of the appellants.